**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| DESMOND WITHERSPOON, | : | |
| | : | |
| | : | **Civil Action No. 14-6696 (SRC)** |
| Plaintiff, | : | |
| v. | : | |
| | : | **OPINION** |
| AISHA DIAZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

This matter comes before the Court on the application filed by Plaintiff Desmond

Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court finds

that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed.  The

Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C.

§ 1915(e)(2).  Here, Plaintiff demands a "Sex Contract" based on a cause of action of "Soliciting

Sex: Sexual Abuse."  No further information is provided.  As such, Plaintiff has failed to state a

basis for federal subject matter jurisdiction, and he has failed to state a facially plausible claim

for relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on

notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.

An appropriate Order will be filed.

  s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

Dated:  October 30, 2014